

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2016

No. 04-16-00351-CV

**IN THE ESTATE OF JESUS N. NAVARRO III, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015-PC-1902
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

On August 29, 2016, this Court suspended the appellate deadlines in this case pending briefing on the issue whether this Court holds jurisdiction. This Court reviewed the parties' briefs on the jurisdictional issue and determines this Court holds jurisdiction. The probate court's Order Setting Apart Exempt Property Before Approval of Inventory disposed of all property listed in Appellant's application filed pursuant to Texas Estates Code Section 353.051. Therefore, the order is final and appealable because it disposes of all parties or issues in a particular phase of the probate proceedings. *See In Re Estate of Ulbrich*, 04-12-00514-CV, 2014 WL 129599, at *8 (Tex. App.—San Antonio Jan. 15, 2014, no pet.)(citing *De Ayala v. Mackie*, 193 S.W.3d 575, 578 (Tex. 2006)). This Court has received the clerk's record, supplemental clerk's records and reporter's record.

It is therefore ORDERED that this appeal is reinstated on the docket of this court. Appellant's brief shall be filed within 30 days of the date of this order.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court